AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MASTER GROUP GLOBAL CO., LIMITED <br><br> *Plaintiff(s)* <br> v. <br> TONER.COM INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19cv6648 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TONER.COM INC.
163 Imlay Street
Brooklyn, New York 11231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
NICHOLAS FORTUNA, ESQ.
ALLYN & FORTUNA LLP
1010 AVENUE OF THE AMERICAS, 3RD FLR
NEW YORK, NEW YORK 10018
212-213-8844

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 11/25/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                                    *Server's signature*

                                                                    *Printed name and title*

                                                                    *Server's address*

Additional information regarding attempted service, etc:

State of New York - Department of State
Receipt for Service

Receipt #:  201912060446
Date of Service:  12/03/2019
Service Company:  HF TEITEL SERVICE BUREAU, INC.

Cash #: 201912060221
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served:  TONER.COM INC.

Plaintiff/Petitioner:
  MASTER GROUP GLOBAL CO., LIMITED

Service of Process Address:
TONER.COM INC.
163 IMLAY STREET
BROOKLYN,  NY 11231

Secretary of State
By  SUE ZOUKY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MASTER GROUP GLOBAL CO., LIMITED,

                              Plaintiff,                  Civil Action No.: 19cv6648

      -against-

                                                          AFFIDAVIT OF SERVICE

TONER.COM INC.,

                              Defendant.

State of New York)
                   SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 3rd day of December, 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action and Complaint on **TONER.COM INC.** by delivering and leaving with Sue Zouky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | x White | __ Light | __ 20-30 | x 5'-5'5'' | x 100-150 |
| x Female | __ Black | x Medium | __ 31-40 | __ 5'6''-6' | __ 151-200 |
|  | __ Other | __ Dark | __ 41-50 | __ 6'1''-6'5'' | __ 200-250 |
|  |  |  | __ 51-60 | __ 6'6''+ | __ 250+ |
|  |  |  | x 61-70 |  |  |

Sworn to before me this 3rd day of
December, 2019

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

                                                                   _Jeffrey Teitel_
                                                                   Jeffrey Teitel